JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Navarro,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-01563-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 15) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 24, 2023 to June 23, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of April 17 2023 and April 24, 2023,  Counsel currently has 12 merit briefs, and several letter briefs and reply

briefs. This includes cases that undersigned counsel took on during co-counsel's, Dolly M. Trompeter, leave of absence. Additional time is needed to thoroughly brief this matter for the Court.

      Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours.

      Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

      Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                          Respectfully submitted,

Dated: April 3, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorneys for Plaintiff

Dated: April 3, 2023        PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration

                          By:  */s/Oscar Gonzalez de Llano*
                              Oscar Gonzalez de Llano
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on April 3, 2023)

# **ORDER**

Pursuant to the parties' stipulation and unopposed motion for an extension of time (Doc. 15), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including June 23, 2023, to file Plaintiff's Motion for Summary Judgment.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:  **April 4, 2023**                                     /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE